IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DARRYL P. NOE,

    Defendant.

Case No. 19-CR-30088-NJR-1

# ORDER

**ROSENSTENGEL, Chief Judge:**

  Defendant Darryl Noe has filed a Motion to Reconsider Bond Determination and for Immediate Release (Doc. 47). Noe, who is currently detained at the Clinton County Jail, claims he is at a high risk for contracting COVID-19 because of his high blood pressure. Noe asserts the Bail Reform Act, 18 U.S.C. § 3142(i), requires his pretrial release because the circumstances that existed when he was ordered detained have now changed.

  In response, the Government argues that Noe is relying on the speculative prospect of a COVID-19 outbreak at the Clinton County Jail and claims, without any documentation in support, that because he has high blood pressure, he is at high risk to contract COVID-19 (Doc. 49). The Government further argues this is not a compelling reason to justify a reversal of the Court's original finding, nor does it change the Court's original findings that, by clear and convincing evidence, no condition or combination of conditions of release will reasonably assure the safety of any other person and the community.

  While the Court acknowledges the COVID-19 pandemic, Noe has failed to meet his burden of showing that his release is necessary under the circumstances. While Noe

speculates that he is at high risk of contracting COVID-19, there have been no reported cases of COVID-19 in the Clinton County Jail. The United States Marshals Service has implemented written guidelines and procedures for minimizing the risk to those in their custody, and the Clinton County Jail is screening arrestees upon intake for COVID-19 symptoms (*Id.* at p. 5). No new inmate has been brought into Noe's cell that has not already been in custody within the jail for a minimum of 14 days (*Id.*). And while Noe claims the risk to his health is heightened, he has not presented any evidence supporting his claim that he suffers from high blood pressure.

Finally, when considering the 18 U.S.C. § 3142(g) factors, the Court cannot find that a combination of conditions exists that can reasonably assure Noe's appearance and the safety of the community. Noe's claim that he is at high risk to contract COVID-19 does not change the Court's findings regarding the weight of evidence against the him, his history of violence or the use of weapons, his history of alcohol or drug abuse, his lack of stable employment, and his prior instances of failing to appear in court as ordered.

For these reasons, the Motion to Reconsider Bond Determination and for Immediate Release (Doc. 47) filed by Defendant Darryl Noe is **DENIED**.

**IT IS SO ORDERED.**

DATED:   April 13, 2020

*[signature]*

**NANCY J. ROSENSTENGEL**
**Chief U.S. District Judge**