IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>v.<br><br>DARRYL P. NOE,<br><br>              Defendant. | Case No. 3:19-CR-30088-NJR |

# ORDER

**ROSENSTENGEL, Chief Judge:**

Pending before the Court is a Motion for Early Termination of Supervised Release filed by Defendant Darryl P. Noe. (Doc. 83). Noe seeks early termination of his three-year period of supervised release after serving over one and a half years of his term. (*See* Docs. 83, 86). The Government and United States Probation Office do not oppose the motion. (Doc. 86).

Under 18 U.S.C. § 3583(e)(1), "[t]he court may, after considering the factors set forth in section 3553(a) . . . terminate a term of supervised release and discharge the defendant released at any time after the expiration of one year of supervised release, pursuant to the provisions of the Federal Rules of Criminal Procedure relating to the modification of probation, if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice[.]"

In 2020, the undersigned sentenced Noe to a 60-month term of imprisonment and three years of supervised release. (Doc. 73). Noe's term of supervised release began in

February 2023, and thus he has now over a year and a half of his term. (Docs. 83, 86).

During supervised release, the United States Probation Office reports that Noe has performed well. (Doc. 86). Noe has been subjected to six drug tests while on release, with all tests returning a negative result for drug use. (*Id.*). He has also satisfied all financial obligations. (*Id.*). Noe works full-time for Keyesport Sand and Gravel, and the Probation Office claims to have received nothing but positive commentary about Noe from his supervisor and coworkers. (*Id.*).

After considering Noe's motion, the 18 U.S.C. § 3553(a) factors, and noting that the Government and Probation Office do not oppose the request, the Court finds that early termination of Noe's supervised release is warranted by his conduct and in the interest of justice.

Accordingly, the Motion for Early Termination of Supervised Release filed by Defendant Darryl P. Noe (Doc. 83) is **GRANTED**. The previously imposed term of supervised release is **TERMINATED** as of the date of this Order.

**IT IS SO ORDERED.**

**DATED:   September 17, 2024**

_____
**NANCY J. ROSENSTENGEL**
**Chief U.S. District Judge**